# RIGHT TO APPEAL

RECEIVED
USDC CLERK, FLORENCE, SC

2009 DEC 17  P 1: 23

**CLIENT NAME:**     James China Smith a/k/a JJ

**Docket No.:**     4:08CR00870-RBH (3)

I have been notified by the court of my right to appeal and that I must do so within (~~10~~ 14) days of the entry of the judgment.

I have discussed this right with my attorney.

☐   I do not want to appeal.

☒   I do want to appeal.

_____          12-17-2009
Client's Signature                                               Date